In the Matter of MORRIS WHITE PROP-ERTIES CORPORATION, Debtor; Wein-berg & Weinberg and Leon London, Appel-lants, Archibald Palmer, Appellant.

No. 324.

Circuit Court of Appeals, Second Circuit.

April 10, 1939.

Leon London, of New York City, pro se.

Samuel Masia, of New York City, for appellant Palmer.

Harold St. L. O'Dougherty, of Brooklyn, N. Y., pro se.

Before L. HAND, CLARK, and PAT-TERSON, Circuit Judges.

PER CURIAM.
Orders affirmed.

Thomas E. MURRAY, Jr., as Receiver of Interborough Rapid Transit Company, Plaintiff-Appellee, v. The TRANSIT COM-MISSION, METROPOLITAN DIVISION, DEPARTMENT OF PUBLIC SERVICE OF THE STATE OF NEW YORK, Defend-ant-Appellant.

No. 5.

Circuit Court of Appeals, Second Circuit.

June 12, 1939.

John J. Curtin, of New York City (John J. Curtin, Joseph H. Choate, Jr., Wesley S. Sawyer, and Winfield S. Palm-er, all of New York City, of counsel), for appellant.

Joseph H. Choate, Jr., of New York City, for appellant.

Miller, Owen, Otis & Bailly, of New York City (Carl M. Owen, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Decree affirmed on opinion below, 11 F.Supp. 27.

NATIONAL LABOR RELATIONS BOARD v. NUTRENA MILLS, Incorporated.

No. 1926.

Circuit Court of Appeals, Tenth Circuit.

June 27, 1939.

Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

M. W. Borders, Jr., of Kansas City, Mo., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.
Application granted. Order for enforcement of order of National Labor Relations Board entered pursuant to stipulations of the parties.